IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL ANGEL ESCALERA,

      Plaintiff,                              No. CIV S-07-2302 LEW KJM P

      vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.                     <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On October 26, 2007, plaintiff was directed to submit an application to proceed in forma pauperis. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and obtained the certification required on the application form. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

        Plaintiff has filed documents entitled "request for production" and "interrogatories." Plaintiff is informed that discovery will not proceed unless and until an answer has been filed and the court issues a scheduling order. Plaintiff is also informed that

1

1  court permission is not necessary for discovery requests and that neither discovery requests
2  served on an opposing party nor that party's responses should be filed until such time as a party
3  becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal
4  Rules of Civil Procedure.  Discovery requests between the parties shall not be filed with the
5  court unless, and until, they are at issue.
6          In accordance with the above, IT IS HEREBY ORDERED that:
7          1. Plaintiff shall submit, within thirty days from the date of this order, a certified
8  copy of his prison trust account statement for the six month period immediately preceding the
9  filing of the complaint and the certification required on the application form.  Plaintiff's failure
10 to comply with this order will result in a recommendation that this action be dismissed without
11 prejudice.
12         2. The Clerk of the Court is directed to send plaintiff a new Application to
13 Proceed In Forma Pauperis By a Prisoner.
14         3. Plaintiff's November 28, 2007 request for production and interrogatories will
15 be placed in the court file and disregarded.  Plaintiff is cautioned that further filing of discovery
16 requests or responses, except as required by rule of court, may result in an order of sanctions,
17 including, but not limited to, a recommendation that this action be dismissed.
18 DATED:  December 4, 2007.

_____
U.S. MAGISTRATE JUDGE

21 /mp
esca2302.3e +411